## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a
Ingrid M. Santiago

                  **Debtor(s)**

**BK NO. 21-02672 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

                  Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
27 Dec 2021, 13:39:14, EST

                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-627-1322

Document ID: 268ea4e351c3351817da8a677f666096574dc3cf04c41f314b542a5f5db588f5