IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago<br>　　　　　　　　Debtor(s)<br><br>FLAGSTAR BANK, FSB<br>　　　　　　　　Movant<br>vs.<br><br>Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　Trustee | BK NO. 21-02672 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 29, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago
817 East King Street
York, PA 17403

Attorney for Debtor(s)
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 29, 2021</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com