In re:  Case No. 21-02672-HWV
Ingrid Rivera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: ntnew341 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ingrid Rivera, 817 E. King St., York, PA 17403-1779 |
| 5451682 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5451683 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5451699 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5451724 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5451716 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5451717 | | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 5451718 | | The York Water Company, PO Box 15089, York, PA 17405-7089 |
| 5451725 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5451727 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5451719 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5453673 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5451720 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5451721 | + | York Sewer & Refuse Department, 50 W King St, York, PA 17401-1420 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2022 18:51:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5451682 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 18:51:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5451684 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2022 18:45:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5454878 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2022 18:51:26 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5451685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 18:51:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5451687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 19:01:34 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5451688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 19:01:34 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5451689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 18:51:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5451690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 18:45:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 18:45:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5451692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 18:45:00 | Po Box 182125, Columbus, OH 43218-2125<br>Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 18:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451722 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 11 2022 18:45:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5451700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 19:01:34 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5451694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 11 2022 18:51:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5451695 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 11 2022 18:45:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5451696 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 11 2022 18:45:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5451697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2022 18:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5451686 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2022 18:51:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5451698 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2022 18:45:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5451703 | | Email/Text: ml-ebn@missionlane.com | Jan 11 2022 18:45:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 5451701 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 11 2022 18:45:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5451702 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2022 18:51:12 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5451704 | + | Email/Text: bankruptcynotices@psecu.com | Jan 11 2022 18:45:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5451726 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2022 18:45:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5451705 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:19 | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451706 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:11 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451707 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:11 | Syncb/walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451775 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5451708 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451709 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5451710 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:19 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5451711 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:11 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5451712 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451713 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 11 2022 18:51:11 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 5451714 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:12 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5451715 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 18:51:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5451723 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Ingrid Rivera jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Ingrid Rivera,<br>aka Ingrid M. Rivera, aka Ingrid M. Santiago,<br>**Debtor 1** | Chapter<br><br>Case No. | 13<br><br>1:21−bk−02672−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: February 3, 2022<br>Time: 09:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2022 |

ntnew341 (04/18)