# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Ingrid M Santiago                              |Personnel Number..... 00491758             |
|817 E. King St.                                |Human Services Pyrl Area 2                 |
|York PA   17403                                |Pay Period.. 09/04/2021 - 09/17/2021        |
|                                               |Fed Tax Status: Single                     |
|                                               |Fed Tax Allowances: 05   Period: 20/2021   |
|B/U:F3     Group:07     Level:14               |                                           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | 1,944.36 | = | 2,634.00 | + | 0.00 | - | 478.25 | - | 211.39 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 35.12 | 61.75 | 2,168.66 | 44,594.77 |
| Annual Leave Pay | 35.12 | 1.00 | 35.12 | 3,475.57 |
| Paid-Office Closing | | | | 137.52 |
| Sick Leave Pay | 35.12 | 4.75 | 166.82 | 2,206.54 |
| Holiday/Comp lieu Holiday | 35.12 | 7.50 | 263.40 | 1,821.60 |
| Total Gross | | | 2,634.00 | 52,236.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 167.26 | 3,296.67 |
| TX EE Social Security Tax | 159.23 | 3,157.67 |
| TX EE Medicare Tax | 37.24 | 738.49 |
| State             Pennsylvania | | |
| TX Withholding Tax | 78.84 | 1,563.52 |
| TX EE Unemployment Tax | 1.58 | 31.34 |
| Local             Susquehanna Township | | |
| TX Local Services Tax | 2.00 | 40.00 |
| Local             York | | |
| TX Withholding Tax | 32.10 | 636.64 |
| EE Taxes | 478.25 | 9,464.33 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 65.85 | 1,305.88 |
| Short Term Dis Ins | 13.84 | 248.66 |
| Full Cov Cls A/Cat 0 | 131.70 | 2,611.84 |
| Total Deductions | 211.39 | 4,166.38 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 150.00 |
| Net Payment | 50.00 |
| Net Payment | 1,744.36 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 159.23 |
| TX ER Medicare Tax | 37.24 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 101.62 |
| PR HMO Central | 519.00 |
| ER-SERS | 789.67 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,436.45 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
|  |  |  |  |

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Ingrid M Santiago                        | Personnel Number..... 00491758              |
| 817 E. King St.                          | Human Services Pyrl Area 2                  |
| York PA   17403                          | Pay Period.. 09/18/2021 - 10/01/2021        |
|                                          | Fed Tax Status: Single                      |
|                                          | Fed Tax Allowances: 05   Period: 21/2021    |
| B/U:F3    Group:07    Level:14           |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2021 | 1,948.96 | = | 2,640.60 | + | 0.00 | - | 479.75 | - | 211.89 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 36.00 | 7.50 | 270.00 | |
| Normal working hours | 35.12 | 67.50 | 2,370.60 | 47,235.37 |
| Annual Leave Pay | | | | 3,475.57 |
| Paid-Office Closing | | | | 137.52 |
| Sick Leave Pay | | | | 2,206.54 |
| Holiday/Comp lieu Holiday | | | | 1,821.60 |
| Total Gross | | | 2,640.60 | 54,876.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 167.99 | 3,464.66 |
| TX EE Social Security Tax | 159.62 | 3,317.29 |
| TX EE Medicare Tax | 37.33 | 775.82 |
| State             Pennsylvania | | |
| TX Withholding Tax | 79.04 | 1,642.56 |
| TX EE Unemployment Tax | 1.59 | 32.93 |
| Local             Susquehanna Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| Local             York | | |
| TX Withholding Tax | 32.18 | 668.82 |
| EE Taxes | 479.75 | 9,944.08 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 66.02 | 1,371.90 |
| Short Term Dis Ins | 13.84 | 262.50 |
| Full Cov Cls A/Cat 0 | 132.03 | 2,743.87 |
| Total Deductions | 211.89 | 4,378.27 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 150.00 |
| Net Payment | 50.00 |
| Net Payment | 1,748.96 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 159.62 |
| TX ER Medicare Tax | 37.33 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 101.87 |
| PR HMO Central | 519.00 |
| ER-SERS | 791.65 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,442.55 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Ingrid M Santiago              | Personnel Number..... 00491758           |
| 817 E. King St.                | Human Services Pyrl Area 2               |
| York PA   17403                | Pay Period.. 10/02/2021 - 10/15/2021     |
|                                | Fed Tax Status: Single                   |
|                                | Fed Tax Allowances: 05   Period: 22/2021 |
| B/U:F3    Group:07   Level:14  |                                          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2021 | 1,990.34 | = | 2,700.00 | + | 0.00 | - | 493.32 | - | 216.34 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 36.00 | 61.00 | 2,196.00 | 49,431.37 |
| Annual Leave Pay | 36.00 | 4.00 | 144.00 | 3,619.57 |
| Paid-Office Closing | | | | 137.52 |
| Sick Leave Pay | 36.00 | 2.50 | 90.00 | 2,296.54 |
| Holiday/Comp lieu Holiday | 36.00 | 7.50 | 270.00 | 2,091.60 |
| Total Gross | | | 2,700.00 | 57,576.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 174.58 | 3,639.24 |
| TX EE Social Security Tax | 163.22 | 3,480.51 |
| TX EE Medicare Tax | 38.17 | 813.99 |
| State              Pennsylvania | | |
| TX Withholding Tax | 80.82 | 1,723.38 |
| TX EE Unemployment Tax | 1.62 | 34.55 |
| Local              Susquehanna Township | | |
| TX Local Services Tax | 2.00 | 44.00 |
| Local              York | | |
| TX Withholding Tax | 32.91 | 701.73 |
| EE Taxes | 493.32 | 10,437.40 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 67.50 | 1,439.40 |
| Short Term Dis Ins | 13.84 | 276.34 |
| Full Cov Cls A/Cat 0 | 135.00 | 2,878.87 |
| Total Deductions | 216.34 | 4,594.61 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 150.00 |
| Net Payment | 50.00 |
| Net Payment | 1,790.34 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 163.22 |
| TX ER Medicare Tax | 38.17 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 104.16 |
| PR HMO Central | 519.00 |
| ER-SERS | 809.46 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,497.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Ingrid M Santiago                          | Personnel Number..... 00491758              |
| 817 E. King St.                            | Human Services Pyrl Area 2                  |
| York PA   17403                            | Pay Period.. 10/16/2021 - 10/29/2021        |
|                                            | Fed Tax Status: Single                      |
|                                            | Fed Tax Allowances: 05   Period: 23/2021    |
| B/U:F3     Group:07     Level:14           |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/2021 | 1,990.35 | = | 2,700.00 | + | 0.00 | - | 493.31 | - | 216.34 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 36.00 | 46.50 | 1,674.00 | 51,051.37 |
| Annual Leave Pay | 36.00 | 22.50 | 810.00 | 4,429.57 |
| Paid-Office Closing | | | | 137.52 |
| Sick Leave Pay | 36.00 | 6.00 | 216.00 | 2,566.54 |
| Holiday/Comp lieu Holiday | | | | 2,091.60 |
| Total Gross | | | 2,700.00 | 60,276.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 174.58 | 3,813.82 |
| TX EE Social Security Tax | 163.21 | 3,643.72 |
| TX EE Medicare Tax | 38.17 | 852.16 |
| State              Pennsylvania | | |
| TX Withholding Tax | 80.82 | 1,804.20 |
| TX EE Unemployment Tax | 1.62 | 36.17 |
| Local              Susquehanna Township | | |
| TX Local Services Tax | 2.00 | 46.00 |
| Local              York | | |
| TX Withholding Tax | 32.91 | 734.64 |
| EE Taxes | 493.31 | 10,930.71 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 67.50 | 1,506.90 |
| Short Term Dis Ins | 13.84 | 290.18 |
| Full Cov Cls A/Cat 0 | 135.00 | 3,013.87 |
| Total Deductions | 216.34 | 4,810.95 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 150.00 |
| Net Payment | 50.00 |
| Net Payment | 1,790.35 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 163.21 |
| TX ER Medicare Tax | 38.17 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 104.16 |
| PR HMO Central | 519.00 |
| ER-SERS | 809.46 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,497.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Ingrid M Santiago                        | Personnel Number..... 00491758            |
| 817 E. King St.                          | Human Services Pyrl Area 2                |
| York PA   17403                          | Pay Period.. 10/30/2021 - 11/12/2021      |
|                                          | Fed Tax Status: Single                    |
|                                          | Fed Tax Allowances: 05   Period: 24/2021  |
| B/U:F3    Group:07    Level:14           |                                           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 11/24/2021 | 1,990.34 | = | 2,700.00 | + | 0.00 | - | 493.32 | - | 216.34 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 36.00 | 67.50 | 2,430.00 | 53,481.37 |
| Annual Leave Pay | | | | 4,429.57 |
| Paid-Office Closing | | | | 137.52 |
| Sick Leave Pay | | | | 2,566.54 |
| Holiday/Comp lieu Holiday | 36.00 | 7.50 | 270.00 | 2,361.60 |
| Total Gross | | | 2,700.00 | 62,976.60 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 174.58 | 3,988.40 |
| TX EE Social Security Tax | 163.22 | 3,806.94 |
| TX EE Medicare Tax | 38.17 | 890.33 |
| State            Pennsylvania | | |
| TX Withholding Tax | 80.82 | 1,885.02 |
| TX EE Unemployment Tax | 1.62 | 37.79 |
| Local            Susquehanna Township | | |
| TX Local Services Tax | 2.00 | 48.00 |
| Local            York | | |
| TX Withholding Tax | 32.91 | 767.55 |
| EE Taxes | 493.32 | 11,424.03 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 67.50 | 1,574.40 |
| Short Term Dis Ins | 13.84 | 304.02 |
| Full Cov Cls A/Cat 0 | 135.00 | 3,148.87 |
| Total Deductions | 216.34 | 5,027.29 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 150.00 |
| Net Payment | 50.00 |
| Net Payment | 1,790.34 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 163.22 |
| TX ER Medicare Tax | 38.17 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 104.16 |
| PR HMO Central | 519.00 |
| ER-SERS | 809.46 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,497.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z2 |
|---|---|