IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago<br>        **Debtor(s)**<br><br>**FLAGSTAR BANK, FSB**<br>        **Movant**<br>   vs.<br><br>Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago<br>        **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>        **Trustee** | BK NO. 21-02672 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 11, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ingrid Rivera a/k/a Ingrid M. Rivera a/k/a Ingrid M. Santiago
817 East King Street
York, PA 17403

Attorney for Debtor(s)
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: March 11, 2022

                **/s/Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence
                Center 701 Market Street, Suite
                5000 Philadelphia, PA 19106
                215-825-6327
                rsolarz@kmllawgroup.com