In re:  Case No. 21-02672-HWV
Ingrid Rivera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Mar 17, 2022      Form ID: ntcnfhrg      Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ingrid Rivera, 817 E. King St., York, PA 17403-1779 |
| 5451683 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5459075 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5451699 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5461281 | | LendingClub Bank, LendingClub Bank, NA, P.O. Box 884268, Los Angeles, CA 90088-4268 |
| 5451724 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5461782 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5451716 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5451717 | | The CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 5451718 | | The York Water Company, PO Box 15089, York, PA 17405-7089 |
| 5451727 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5451719 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5453673 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5451720 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5451721 | + | York Sewer & Refuse Department, 50 W King St, York, PA 17401-1420 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2022 18:48:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456653 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 18:48:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5451682 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 18:48:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5451684 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2022 18:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5454878 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2022 18:48:29 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5451685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 18:48:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5455974 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2022 18:48:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5451687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:49 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5461274 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| ID | | Email | Date/Time | Recipient |
|---|---|---|---|---|
| 5451688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:49 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5451689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:43 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5451690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 18:43:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 18:43:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 18:43:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2022 18:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5451722 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 17 2022 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5451700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 18:48:49 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5457198 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 17 2022 18:43:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5451694 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 17 2022 18:48:48 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5451695 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 17 2022 18:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5451696 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 17 2022 18:43:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5451697 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2022 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5451686 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 18:48:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5457817 | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5461686 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 18:43:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5451698 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 18:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5458988 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 18:48:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5451703 | | Email/Text: ml-ebn@missionlane.com | Mar 17 2022 18:43:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 5451701 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 17 2022 18:43:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5451702 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2022 18:48:42 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5458207 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2022 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5451704 | + | Email/Text: bankruptcynotices@psecu.com | Mar 17 2022 18:43:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5451726 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2022 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5462486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2022 18:48:48 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5455324 | + | Email/Text: bankruptcynotices@psecu.com Mar 17 2022 18:43:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5461902 | + | Email/Text: JCAP_BNC_Notices@jcap.com Mar 17 2022 18:43:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5461272 | | Email/Text: bnc-quantum@quantum3group.com Mar 17 2022 18:43:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5461273 | | Email/Text: bnc-quantum@quantum3group.com Mar 17 2022 18:43:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5461271 | | Email/Text: bnc-quantum@quantum3group.com Mar 17 2022 18:43:00 | | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5451705 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451706 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451707 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:42 | | Syncb/walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451775 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:29 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5451708 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451709 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5451710 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5451711 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5451712 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5451713 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:47 | | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 5451714 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:30 | | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5451715 | + | Email/PDF: gecsedi@recoverycorp.com Mar 17 2022 18:48:42 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5462215 | + | Email/Text: bncmail@w-legal.com Mar 17 2022 18:43:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5451725 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov Mar 17 2022 18:43:00 | | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5451723 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

5460926      *+            Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Ingrid Rivera jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |
|---|---|
| # UNITED STATES BANKRUPTCY COURT | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Ingrid Rivera,<br>aka Ingrid M. Rivera, aka Ingrid M. Santiago, | Chapter     13 |
| **Debtor 1** | Case No.    1:21−bk−02672−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 20, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: April 27, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 17, 2022 |

ntcnfhrg (08/21)