# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 21-02672 |
|---|---|
| INGRID RIVERA | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/28/2022, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/28/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

| | |
|---|---|
| IN RE:<br>INGRID RIVERA | CASE NO: 21-02672<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/28/2022, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/28/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-02672<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE JUN 28 10-28-4 PST 2022 | ~~(U)FLAGSTAR BANK  FSB~~ | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| | EXCLUDE | |
| PRA RECEIVABLES MANAGEMENT   LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | ~~US BANKRUPTCY COURT<br>RONALD REAGAN FEDERAL BUILDING<br>228 WALNUT ST  RM 320<br>HARRISBURG  PA 17101-1737~~ | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 | (P)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA  NA<br>PO BOX 673033<br>DALLAS  TX 75267-3033 |
| BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON  DE 19899-8801 | (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CW NEXUS CREDIT CARD HOLDINGS L  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 | CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 | CITIBANKEXXON MOBILE<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CREDIT SRVSCENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 | COMENITY BANKAVENUE<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITY BANKLANE BRYANT<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMENITY BANKOVERSTOCK<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 |
| FLAGSTAR BANK<br>ATTN BANKRUPTCY<br>5151 CORPORATE DRIVE<br>TROY  MI 48098-2639 | (P)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346

JPMORGAN CHASE BANK   NA
SBMT CHASE BANK USA   NA
CO ROBERTSON   ANSCHUTZ   SCHNEID   PL
6409 CONGRESS AVENUE   SUITE 100
BOCA RATON   FL 33487-2853

KOHLS
PERITUS PORTFOLIO SERVICES II   LLC
PO BOX 141509
IRVING   TX 75014-1509

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE   WI 53201-3043

LVNV FUNDING   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

LENDCLUB BNK
ATTN BANKRUPTCY
595 MARKET STREET   SUITE 200
SAN FRANCISCO   CA 94105-2802

LENDINGCLUB BANK
LENDINGCLUB BANK   NA
PO BOX 884268
LOS ANGELES   CA 90088-4268

(P)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

MERCURYFBT
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS   GA 31908-4064

MERRICK BANKCARDWORKS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE   NY 11804-9001

MIDLAND CREDIT MANAGEMENT   INC
PO BOX 2037
WARREN   MI 48090-2037

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR   STRAWBERRY SQUARE
HARRISBURG   PA 17120-0001

P S E C U
ATTENTION BANKRUPTCY
PO BOX 67013
HARRISBURG   PA 17106-7013

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946   ATTNBANKRUPTCY
HARRISBURG   PA 17128-0946

PSECU
PO BOX 67013
HARRISBURG   PA 17106-7013

PINNACLE SERVICE SOLUTIONS LLC
4408 MILESTRIP RD 247
BLASDELL   NY 14219-2553

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

EXCLUDE
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

PREMIER BANKCARD   LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK   TRUST
PO BOX 788
KIRKLAND   WA   98083-0788

SYNCBCHEAPOAIR DC
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCBEBAY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

SYNCBWALMART
ATTN   BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | EXCLUDE<br>(D)SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONY BANKGAP<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKSAMS CLUB<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCHRONY BANKTJX<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TD BANK USA NA<br>C O WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | TARGET<br>CO FINANCIAL RETAIL SERVICES<br>MAILSTOP BT PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 |
| THE CBE GROUP INC<br>PO BOX 2217<br>WATERLOO IA 50704-2217 | THE YORK WATER COMPANY<br>PO BOX 15089<br>YORK PA 17405-7089 | (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | EXCLUDE<br>UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | WELLS FARGO BANK NA<br>1 HOME CAMPUS MAC X230301A<br>3RD FLOOR<br>DES MOINES IA 50328-0001 |
| WELLS FARGO BANK NA WELLS FARGO CARD SER<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | WELLSPAN HEALTH<br>PO BOX 742688<br>CINCINNATI OH 45274-2688 | YORK SEWER REFUSE DEPARTMENT<br>50 W KING ST<br>YORK PA 17401-1420 |
| EXCLUDE<br>INGRID RIVERA<br>817 E KING ST<br>YORK PA 17403-1779 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | JOHN MATTHEW HYAMS<br>LAW OFFICES OF JOHN M HYAMS<br>2023 N 2ND ST<br>HARRISBURG PA 17102-2151 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | Ingrid Rivera<br>817 E. King St.<br>York, PA 17403<br>(Debtor 1)<br>represented by:<br>John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102<br><br>jmh@johnhyamslaw.com |
| (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | (Creditor)<br>PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com |
| (Creditor)<br>FLAGSTAR BANK, FSB<br>represented by:<br>Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com | | |