**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:

Ingrid Rivera aka Ingrid M. Rivera aka Ingrid
M. Santiago

Debtor(s).

Case No. 1:21-bk-02672-HWV
Chapter 13

## <u>NOTICE OF APPEARANCE</u>

**Rocket Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests

that all matters which must be noticed to creditors, any creditors' committees, and any other

parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other

party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the

following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of March, 2026, to the following:

John M. Hyams
Law Offices of John M. Hyams
1007 N. Front Street
Suite 3 South
Harrisburg, PA 17102
jmh@johnhyamslaw.com
*Attorney for Debtor(s)*

Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Ingrid Rivera aka Ingrid M. Rivera aka Ingrid M. Santiago
817 E. King St.
York, PA 17403

*Debtor(s)*

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire